■ In the Matter of ISAAC P., a Person Alleged to be a Juvenile Delinquent, Appellant. [993 NYS2d 634]—

Orders of disposition, Family Court, New York County (Mary E. Bednar, J.), entered on or about May 17, 2013, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that he committed acts that, if committed by an adult, would constitute petit larceny and criminal possession of stolen property in the fifth degree, and revoked a prior dispositional order that had placed him on probation, and placed him with the Administration for Children's Services' Close to Home for a period of 12 months, unanimously affirmed, without costs.

The court properly exercised its discretion in denying appellant's request to convert his juvenile delinquency and violation of probation proceedings into person in need of supervision proceedings. Appellant had already been adjudicated a juvenile delinquent and placed on probation, and by violating his probation he had demonstrated that a PINS disposition would not control his behavior (*see Matter of Amari D.*, 117 AD3d 522 [1st Dept 2014]). Appellant exhibited a pattern of repeated thefts, including uncharged thefts that he admitted. In addition, he absconded from his home, frequently failed to comply with his curfew, did not regularly attend school, failed to attend or complete rehabilitation programs, and admitted to daily marijuana and alcohol use. Concur—Mazzarelli, J.P., Acosta, DeGrasse and Manzanet-Daniels, JJ.